**AK STEEL CORPORATION, Plaintiff,**

**and**

**Allegheny Ludlum Corporation and North American Stainless, Plaintiffs–Appellants,**

**v.**

**UNITED STATES, Defendant–Appellee,**

**and**

**Outokumpu Mexinox S.A. de C.V. (formerly known as Thyssenkrupp Mexinox S.A. de C.V.) and Mexinox USA, Inc., Defendants–Appellees.**

No. 2013–1136.

United States Court of Appeals, Federal Circuit.

Jan. 9, 2014.

Kathleen W. Cannon, Kelley Drye & Warren, LLP, of Washington, DC, argued for plaintiffs-appellants. With her on the brief were David A. Hartquist and R. Alan Luberda. Of counsel was Grace W. Kim.

Karl S. Von Schriltz, Attorney, Office of the General Counsel, United States International Trade Commission, of Washington, DC, argued for defendant-appellee United States. With him on the brief were Paul R. Bardos, Acting General Counsel, and Neal J. Reynolds, Assistant General Counsel for Litigation.

Craig A. Lewis, Hogan Lovells U.S. LLP, of Washington, DC, argued for defendants-appellees Outokumpu Mexinox S.A. de C.V., et al. With him on the brief

were Lewis E. Leibowitz and Wesley V. Carrington.

O'MALLEY, WALLACH, and TARANTO, Circuit Judges.

#### JUDGMENT

PER CURIAM.

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

**AFFIRMED.** *See* **Fed. Cir. R. 36.**